IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

JUL 2 2 2005

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| Utility Choice, L.P. d/b/a Utility Choice Electric, et al., | § § § | |
| Plaintiffs | § § | |
| v. | § | CIVIL ACTION NO. 4:05-CV-00573 |
| TXU Corp. d/b/a TXU Energy, et al., | § § § | |
| Defendants | § | |

## ORDER ALLOWING ADMISSION PRO HAC VICE

On this day and year written below, came on to be heard the Motion of Benjamin L. Hatch for Admission Pro Hac Vice and the Court, after considering said Motion, is of the opinion that it should be granted;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Benjamin L. Hatch be and hereby is admitted to appear Pro Hac Vice in this Court in relation to any matters involving Civil Action No. 4:05-CV-00573.

Signed and ordered entered this 18 day of July, 2005.

_____
United States District Judge

SUBMITTED BY:

Benjamin L. Hatch
Virginia Bar No. 70116
HUNTON & WILLIAMS LLP
951 East Byrd Street
Richmond, VA 23219
Phone: 804-788-8528
Fax:   804-788-8218

ATTORNEY FOR TXU DEFENDANTS