IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UTILITY CHOICE, L.P. d/b/a § <br> UTILITY CHOICE ELECTRIC, and § <br> CIRRO GROUP, INC. d/b/a CIRRO § <br> ENERGY CORPORATION, § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> TXU CORP. d/b/a TXU ENERGY, § <br> et al., § <br> § <br> Defendants. § | Civil Action No. H-05-573 |

## FINAL JUDGMENT

As the Court has granted Defendants' Motion to Dismiss (Document No. 131) with respect to all Plaintiffs' federal causes of action and declined to exercise supplemental jurisdiction over Plaintiffs' state claims, the Court hereby

ORDERS that final judgment be entered in favor of Defendants for all of Plaintiffs' federal claims.  Plaintiffs' federal claims against Defendants are DISMISSED.  The Court further

ORDERS that Plaintiffs' state claims are DISMISSED without prejudice. Plaintiffs shall take nothing from Defendants.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on this 6th day of December, 2005.

```
                              _____
                                    DAVID HITTNER
                              United States District Judge
```